
| | |
|---|---|
| 1 | Cynthia L. Filla, Esq. (SBN 184638) |
| 2 | Suzanna Krkeyan, Esq. (SBN 229155)<br>JACKSON LEWIS, LLP |
| 3 | 725 South Figueroa Street, Suite 2500<br>Los Angeles, California  90017-5408 |
| 4 | Telephone:  (213) 689-0404<br>Facsimile:  (213) 689-0430 |
| 5 | fillac@jacksonlewis.com<br>krkeyans@jacksonlewis.com |

Attorneys for Defendants
ANNTAYLOR RETAIL, INC.
(erroneously sued as "ANN TAYLOR, INC.") and
ANNTAYLOR , INC.

Lisa J. Damiani, Esq. (SBN 137968)
Damiani Law Group APC
701 B Street, Suite 1110
San Diego, California 92101
Tel. : 619-239-0170
Fax : 619-239-0216

William T. Pascoe, Esq. (SBN 13301)
Attorney at Law
29970 Technology Drive, Suite 218
Murrieta, CA 92563
Tel. (951) 461-7800
Fax. (951) 461-7884
E-mail: wtp4esq@hotmail.com

Attorneys for Plaintiff
PHYLLIS PALAZZOLO

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| PHYLLIS PALAZZOLO,<br><br>Plaintiff,<br><br>vs.<br><br>ANN TAYLOR, INC.  a corporation and DOES 1-10, inclusive,<br><br>Defendant. | **CASE NO.: SACV07-01386 CJC(JCx)**<br><br>~~[PROPOSED]~~ **ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>COMPLAINT FILED : October 31, 2007 |

1
ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

1    The Court, having read and considered the parties' Stipulation For Dismissal With
2    Prejudice, and good cause having been shown therefore, it is ordered, adjudged and
3    decreed that this action be dismissed with prejudice

5    Dated:  August 26, 2009    _____
6                                HON. CORMAC J. CARNEY
                                 United States District Judge